**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**April 21, 2004**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-50536
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

CLAY LYNN SALINAS,

                              Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-02-CR-101-2
---------------------

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:[*]

      Court-appointed counsel for Clay Lynn Salinas has moved for
leave to withdraw and has filed a brief as required by Anders v.
California, 386 U.S. 738 (1967).  Salinas was sent a copy of
counsel's motion and brief but has not filed a response.

      Our independent review of the brief and the record discloses
no nonfrivolous issue for appeal.  Accordingly, counsel's motion
for leave to withdraw is GRANTED, counsel is excused from further

---

      [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH

CIR. R. 42.2.